IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:09CR5-RLV-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID LENOIR SENTELLE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the "Motion To Be Released From Pre-Trial Confinement Awaiting Sentencing" (Document No. 20), filed by the Defendant, David Lenoir Sentelle, on November 4, 2009. The Government is opposed to the motion and filed its "Government's Response To Defendant's Motion . . ." (Document No 22) on November 19, 2009. The Court has carefully reviewed the aforementioned pleadings, and the attachments thereto, and concludes that the motion should be denied. In short, while the Court is sympathetic to the Defendant's physical ailments, the Defendant's argument falls short of an adequate showing for post-plea release under the Bail Reform Act. The Court also concludes that a hearing would not aid its decision in this matter.

**IT IS THEREFORE ORDERED** that the "Motion To Be Released From Pre-Trial Confinement Awaiting Sentencing" (Document No. 20) is **DENIED**.

**SO ORDERED**.

Signed: November 23, 2009

David C. Keesler
United States Magistrate Judge